IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID AARON BECK, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00106-MTT-AGH |
| | * |
| JORDAN BLACKSHEAR, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 17, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 17th day of June, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk